UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael A. Levy, of Sidley Austin LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
   March 7, 2019

SIDLEY AUSTIN LLP

By:  /s/ Michael A. Levy
   Michael A. Levy
   787 Seventh Avenue
   New York, New York 10019
   Telephone: (212) 839-5300
   Facsimile:  (212) 839-5599
   Email:  mlevy@sidley.com

   *Counsel for Defendants Huawei Technologies*
   *Co., Ltd. and Huawei Device USA Inc.*