## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Ramon E. Reyes   DATE: 3/14/2019

DOCKET NUMBER: 18 cr 457 (AMD)   FTR #: 11:24

DEFENDANT'S NAME: Huawei Device USA, Inc

____ Present   ____ Not Present   ____ Custody   ____ Bail

DEFENSE COUNSEL: David Bittcower, Michael Levy, James Cole
____ Federal Defender   ____ CJA   ✓ Retained

A.U.S.A: David Kessler   CLERK: M. Sica

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: __ indictment ✓ superseding indictment __ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   ____ Defendant's first appearance.

    ____ Bond set at _____.
Defendant ___ released ___ held pending satisfaction of bond conditions.
    ____ Defendant advised of bond conditions set by the Court and signed the bond.
    ____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
    ____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
____ Order of Excludable Delay/Speedy Trial entered.   Start_____   Stop_____

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 4/4/19 @ 10:30 before Judge Donnelly

Other Rulings: _____