```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


-------------------------------X
                                :
UNITED STATES OF AMERICA,       :
                                :    18-CR-00457 (AMD)
                                :
        v.                      :
                                :    March 14, 2019
HUAWEI TECHNOLOGIES, CO.,       :    Brooklyn, New York
 LTD, et al.,                   :
                                :
             Defendants.        :
                                :
-------------------------------X


         TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
         BEFORE THE HONORABLE RAMON E. REYES, JR.
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the United States:       DAVID K. KESSLER, ESQ.
                             JULIA NESTOR, ESQ.
                             SARAH EVANS, ESQ.
                             United States Attorney's Office
                             271 Cadman Plaza East
                             Brooklyn, New York 11201

                             LAURA BILLINGS, ESQ.
                             TAD KENLER, ESQ.
                             US Department of Justice
                             1400 New York Avenue, NW, 10$^{th}$ Fl.
                             Washington, DC 20005


For the Defendant:           JAMES M. COLE, ESQ.
                             MICHAEL A. LEVY, ESQ.
                             Sidley Austin LLP
                             1501 K Street, N.W.
                             Washington, DC 20005
                             New York, New York 10007


            [Appearances continue next page.]




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

```
                                                                    2

   APPEARANCES CONTINUED:


   For the Defendant:        DAVID BITKOWER, ESQ.
                             Jenner & Block LLP
                             1099 New York Avenue NW
                             District of Columbia, DC 20001



   Court Transcriber:        MARY GRECO
                             TypeWrite Word Processing Service
                             211 N. Milton Road
                             Saratoga Springs, New York 12866
```

1  (Proceedings began at 11:23 a.m.)
2           THE CLERK:  Huawei Technologies Company.  Is that
3  how you say it?  How do you say it?
4           THE COURT:  Huawei.
5           MR. KESSLER:  Huawei.
6           THE CLERK:  Huawei.  Okay.  So we have a Criminal
7  Cause for an Arraignment on a superseding indictment.  It's
8  18-CR-457, United States v. Huawei Technology Company, Huawei
9  Device USA, Inc., and Skycom Technology Co., Ltd.  Counsel,
10 state your appearances, please.
11          MR. KESSLER:  Good morning, Your Honor.  David
12 Kessler, Julia Nestor, and Sarah Evans for the Government and
13 we're joined by our colleagues Laura Billings and Tad Kenler
14 from the Department of Justice.
15          THE COURT:  Good morning.
16          MR. COLE:  Good morning, Your Honor.  James Cole,
17 David Bitkower and Mike Levy on behalf of the defendants
18 Huawei Technologies and Huawei Device.
19          Your Honor, I have a pro hac in.  The Government has
20 indicated they do not object to it.
21          MR. KESSLER:  That's correct, Your Honor, we don't
22 object to the motion at this time.
23          THE COURT:  No one's representing Skycom Tech?
24          MR. KESSLER:  Skycom is not scheduled for an
25 arraignment today.

                                                                    4

1                THE COURT:  Okay.
2                MR. KESSLER:  It's just the two Huawei corporate
3    entities.
4                THE COURT:  Okay.  So Mr. Cole, you're here today
5    because a grand jury has returned a superseding indictment
6    against your clients --
7                MR. COLE:  That's correct.
8                THE COURT:  -- charging them with various counts.  I
9    think Huawei Technologies Company, Ltd. is in all accounts in
10   the superseding indictment 1 through 13.  Bank fraud
11   conspiracy times two, those are Counts 1 and 2.  Wire fraud
12   conspiracy, Count 3.  Two counts of bank fraud, 4 and 5.  Wire
13   fraud, Count 6.  Counts 7 and 8 are -- well, 7 is conspiracy
14   to defraud the United States.  Count 8 is conspiracy to
15   violate -- I always have to look this up to get it right
16   because it's a long name.  The International Emergency
17   Economic Powers Act.  Count 9 is a violation of that act.
18   Count 10 is conspiracy also to violate it during a different
19   time period.  Count 11 is violation of it.  Count 12 is money
20   laundering conspiracy.  And Count 13 is conspiracy to obstruct
21   justice.
22               I take it you've received a copy of the superseding
23   indictment and passed it along to your clients?
24               MR. COLE:  Yes, Your Honor, we have.
25               THE COURT:  All right.  How do your clients plead to

5

that? Huawei Device is only in 13.

MR. COLE: That's correct.

THE COURT: And Huawei is in 1 through 13. How do they plead to those charges?

MR. COLE: They plead not guilty, Your Honor.

THE COURT: Okay. Is one order of excludable delay enough or do we need a separate one for each of the defendants?

MR. KESSLER: We can do two just in an abundance of caution.

THE COURT: Okay. Have you discussed, Mr. Cole, with your clients the issue of a speedy trial?

MR. COLE: We have in general terms, Your Honor. My understanding is they have no problem with the extension here.

THE COURT: Okay. So you proposed an exclusion from today through April 4th which I take it is the date that you have set with Judge Donnelly?

MR. KESSLER: That's correct, Your Honor. That's the first status conference.

THE COURT: Okay. And the purpose for the exclusion of time is because of the complexity of the case, yes?

MR. KESSLER: Yes. And the need to work out protective orders and other discovery related mechanisms.

THE COURT: That's fine. Has anyone threatened, forced, or pressured your clients to agree to this exclusion

```
                                                                  6
 1   of time?
 2             MR. COLE:  No, they have not, Your Honor.
 3             THE COURT:  And they understand that if I exclude it
 4   now, it's gone, they can't get it back?
 5             MR. COLE:  Yes, they understand that.
 6             THE COURT:  What's the deal with Skycom?  When are
 7   they going to be arraigned?  Do we know?
 8             MR. KESSLER:  So we're in the process of I guess
 9   affecting service for officially notifying them although our
10   understanding is given the publicity of this case they may
11   already be aware but we're working on it.
12             THE COURT:  Okay.  What time is the -- you may have
13   mentioned it.
14             MR. KESSLER:  10:30.
15             THE COURT:  10:30 with Judge Donnelly on the 4$^{th}$.
16   Okay.  So I'll sign the orders of excludable delay finding
17   that it's in the interest of justice to public and the
18   companies as well.  Is there anything else?
19             MR. KESSLER:  Not from the Government.
20             MR. COLE:  Nothing from the defendants, Your Honor.
21             THE COURT:  Okay.  Thank you.
22             ALL:  Thank you, Your Honor.
23   (Proceedings concluded at 11:29 a.m.)
24                         *  *  *  *  *  *
25
```

7

1    I certify that the foregoing is a court transcript from
2 an electronic sound recording of the proceedings in the above-
3 entitled matter.
4
5                              _____*Mary Greco*_____
6                                    Mary Greco
7 Dated:  March 15, 2019