UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | N O T I C E |
| - against - | 18-CR-457 (S-2)(AMD) |
| HUAWEI DEVICE USA INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Richard P. Donoghue, United States Attorney for the Eastern District of New York, hereby provides notice to the defendant HUAWEI DEVICE USA INC., and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812.

Dated: April 3, 2019
Brooklyn, New York

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                          By:    /s/ Alexander A. Solomon
                                        Alexander A. Solomon
                                        David K. Kessler
                                        Julia Nestor
                                        Kaitlin T. Farrell
                                        Sarah M. Evans
                                        Assistant U.S. Attorneys
                                        (718) 254-7000


cc:     Clerk of Court (AMD) (by ECF and hand)
        All defense counsel (by ECF)