

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 Criminal Docket No. 18-00457 (AMD)

Dear Judge Donnelly:

      The government hereby notifies the Court of its filing today with the Court Information Security Officer of its sealed classified motion to disqualify defense counsel James M. Cole, Esq. A copy of the motion's cover page, with classification markings

1

removed, is enclosed. The government expects to file a public version of the motion on the public docket by May 10, 2019.

                                                 Respectfully submitted,

                                                 RICHARD P. DONOGHUE
                                                 United States Attorney
                                                 Eastern District of New York

By:       /s/ David K. Kessler
                                                 Alexander A. Solomon
                                                 Julia Nestor
                                                 David K. Kessler
                                                 Kaitlin T. Farrell
                                                 Sarah M. Evans
                                                 Assistant U.S. Attorneys
                                                 (718) 254-7000

                                                 DEBORAH L. CONNOR
                                                 Chief
                                                 Money Laundering and Asset Recovery
                                                     Section
                                                 Criminal Division
                                                 U.S. Department of Justice

                                                 LAURA M. BILLINGS
                                                 CHRISTIAN J. NAUVEL
                                                 Trial Attorneys

                                                 JAY I. BRATT
                                                 Chief
                                                 Counterintelligence and Export Control
                                                     Section
                                                 National Security Division
                                                 U.S. Department of Justice

                                                 THEA D. R. KENDLER
                                                 DAVID LIM
                                                 Trial Attorneys

Enclosure

cc: All defense counsel (by ECF)

**REDACTED**

AAS:DKK/JN/SME/KTF
F. #2017R05903

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HUAWEI TECHNOLOGIES CO. LTD., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



18 CR 457 (S-2) (AMD)

## THE GOVERNMENT'S MOTION TO DISQUALIFY JAMES M. COLE AS COUNSEL FOR THE DEFENDANTS IN THIS CASE

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ALEXANDER A. SOLOMON
JULIA NESTOR
DAVID K. KESSLER
KAITLIN T. FARRELL
SARAH M. EVANS
Assistant U.S. Attorneys
(Of Counsel)

DEBORAH L. CONNOR
Chief
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C., 20005

LAURA M. BILLINGS
CHRISTIAN J. NAUVEL
Trial Attorneys

JAY I. BRATT
Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C., 20530

THEA D. R. KENDLER
DAVID LIM
Trial Attorneys

**REDACTED**