UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HUAWEI TECHNOLOGIES CO., LTD., et al.,

Defendants.

- - - - - - - - - - - -X

PROTECTIVE ORDER

Docket No. 18-CR-457 (S-2) (AMD)

The government's request, by its sealed, ex parte letter, including a classified supplement, dated June 18, 2019, to delay certain discovery pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1), is granted.

Dated:   Brooklyn, New York
         June 20, 2019

s/Ann M. Donnelly
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK