

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS:SME
F. #2017R05903

271 Cadman Plaza East
Brooklyn, New York 11201

June 21, 2019

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Huawei Technologies Co., Ltd., et al.
              Criminal Docket No. 18-457 (S-2) (AMD)

Dear Judge Donnelly:

On June 18, 2019, the government submitted a sealed, ex parte letter, together with a sealed, ex parte and classified supplemental letter, requesting an order authorizing the government to delay the production of certain discovery materials pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1). On June 20, 2019, the Court issued that protective order under seal. The government respectfully requests that the Court file the protective order on the public docket. However, for the reasons articulated in the letter and supplement, the government requests that the Court maintain the government's ex parte letter application and classified supplement under seal.

                    Respectfully submitted,

                    RICHARD P. DONOGHUE
                    United States Attorney

      By:    /s/ Sarah M. Evans
              Alexander A. Solomon
              Julia Nestor
              David K. Kessler
              Kaitlin T. Farrell
              Sarah M. Evans
              Assistant U.S. Attorneys
              (718) 254-7000