

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK/JN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

     Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

   Enclosed please find the government's fifth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| 2011 Report from the Government Accountability Office | Discovery Material ("DM") | DOJ_HUAWEI_B_0000005219-DOJ_HUAWEI_B_0000005233 |
| August 17, 2009 Statement by the Embassy of the People's Republic of China in Iran | DM | DOJ_HUAWEI_B_0000005234-DOJ_HUAWEI_B_0000005235 |
| Financial Institution Documents related to Mauritius | DM | DOJ_HUAWEI_B_0000005236-DOJ_HUAWEI_B_0000005310 |
| Travel Records | DM | DOJ_HUAWEI_B_0000005311-DOJ_HUAWEI_B_0000005354 |
| Statements of the Defendant on or about July 24, 2019 | DM | DOJ_HUAWEI_B_0000005355-DOJ_HUAWEI_B_0000005372 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ David K. Kessler
Alexander A. Solomon
Julia Nestor
David K. Kessler
Kaitlin Farrell
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

2

By: /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By: /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

Enclosures

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)

3