

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 12, 2019

<u>By Hand and ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Huawei Technologies Co., Ltd., <u>et al.</u>
           <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Judge Donnelly:

      The government respectfully requests that it be permitted to file a reply on or before Friday, August 23, 2019 to the defendant's opposition to the government's application to treat previously produced discovery as Sensitive Discovery Material.  The government filed its application on August 1, 2019, and the defendants filed a response in opposition on Friday, August 9, 2019.  In its initial application the government requested leave of the Court to file a reply.  The government now renews its request to file a reply brief and requests two

weeks until August 23, 2019 to do so due to travel schedules. If the Court grants the government's request, the defendants consent to the August 23, 2019 deadline.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Kaitlin T. Farrell
        Sarah M. Evans
        Assistant U.S. Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief
        Money Laundering and Asset Recovery Section
        Criminal Division, U.S. Department of Justice

        Laura M. Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief
        Counterintelligence and Export Control Section
        National Security Division, U.S. Department of Justice

        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:    Clerk of the Court (by ECF)
       Defense Counsel (by ECF)