

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 13, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's ninth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material and Sensitive Discovery Material ("SDM")[1] | DOJ_HUAWEI_A_0000994199-DOJ_HUAWEI_A_0001005036 |
| Huawei presentations and other documents provided to Congress | Discovery Material | DOJ_HUAWEI_B_0000005373-DOJ-HUAWEI_B_0000005754 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Kaitlin Farrell
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

---

[1] Attached hereto is a chart including the financial institution documents marked as SDM.

          By:    <u>/s/ Laura Billings</u>
                Laura Billings
                Christian J. Nauvel
                Trial Attorneys

                JAY I. BRATT
                Chief, Counterintelligence and Export Control Section
                National Security Division, U.S. Department of Justice

          By:    <u>/s/ Thea D. R. Kendler</u>
                Thea D. R. Kendler
                David Lim
                Trial Attorneys

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (with Attachment/without Enclosures)