

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK                                *271 Cadman Plaza East*
F. #2017R05903                        *Brooklyn, New York 11201*

October 10, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
           <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's eleventh production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  <u>See</u> ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendant.

I.      The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0001098913- DOJ_HUAWEI_A_0001331015 |
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0001365244- DOJ_HUAWEI_A_0001369957 |
| Communications related to Huawei Employees in Iran | Discovery Material | DOJ_HUAWEI_A_0001331016- DOJ_HUAWEI_A_0001365243 |
| Communications related to Huawei Employees in Iran | SDM | DOJ_HUAWEI_A_0001369958- DOJ_HUAWEI_A_0001385100 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:      /s/ Julia Nestor
         Alexander A. Solomon
         Julia Nestor
         David K. Kessler
         Kaitlin Farrell
         Sarah Evans
         Assistant United States Attorneys
         (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

2

By:   /s/ Laura Billings
      Laura Billings
      Christian J. Nauvel
      Trial Attorneys

      JAY I. BRATT
      Chief, Counterintelligence and Export
      Control Section
      National Security Division, U.S. Department
      of Justice

By:   /s/ Thea D. R. Kendler
      Thea D. R. Kendler
      David Lim
      Trial Attorneys

cc:   Clerk of the Court (AMD) (by ECF) (without Enclosures)