

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

MLEVY@SIDLEY.COM
+1 212 839 7341

January 9, 2020

**By ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 415
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-2)(AMD)**

Dear Judge Donnelly:

Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc. (collectively, "Huawei"), respectfully request that the status conference presently scheduled to take place on January 13, 2020, be adjourned to March 4, 2020, at 11:30 a.m. The Government consents to the request.

This is the second request for an adjournment of this conference. On December 11, 2019, the Court granted an adjournment of the conference from December 12, 2019 to January 9, 2020 because incoming lead counsel, Thomas C. Green and Mark D. Hopson, were unavailable on the previously scheduled date (which had been scheduled when James Cole was lead counsel). Recently, on January 3, the Court rescheduled the January 9 conference to January 13, 2020. Because defense counsel are unavailable on this new date, Huawei respectfully requests to adjourn the status conference. Counsel have conferred with the Court's courtroom deputy, who informed us that March 4, 2019, at 11:30 a.m. is available on the Court's calendar. That is a date when counsel for both parties are available. The intervening time will additionally permit defendants to continue reviewing discovery and preparing their defense.

If Huawei's request is granted, Huawei also moves the Court to exclude time from the speedy trial clock, pursuant 18 U.S.C. § 3161(h)(7)(A), from January 13, 2020, to March 4, 2020. The ends of justice served by granting this exclusion outweigh the best interest of the public and the defendants in a speedy trial because the adjournment will allow defendants to review discovery and prepare their defense.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY**

Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Levy | /s/ David Bitkower |
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | JENNER & BLOCK LLP |
| (pro hac vice motions pending) | 1099 New York Avenue, NW |
| Michael A. Levy | Washington, D.C. 20001 |
| SIDLEY AUSTIN LLP | Tel: 202-639-6048 |
| 787 Seventh Avenue | Email: dbitkower@jenner.com |
| New York, NY 10019 | |
| Tel: 212-839-7341 | |
| Email: mlevy@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.*