

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2020

<u>By Email and ECF</u>

Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

        Re:    <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
                  <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  <u>See</u> ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendant.

        This discovery is only being provided to Huawei Technologies Co., Ltd. and Huawei Device USA Inc.  While Huawei Device Co. Ltd. and Futurewei Technologies, Inc. are newly indicted defendants in this case, neither is entitled to this discovery both because they have not yet appeared in the case and because they are not a party to the protective order.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Sensitive Discovery Material | DOJ_HUAWEI_A_0001520296 - DOJ_HUAWEI_A_0001556294<br><br>DOJ_HUAWEI_A_0003322183 - DOJ_HUAWEI_A_0003347133 |
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0001556295 - DOJ_HUAWEI_A_0003322182<br><br>DOJ_HUAWEI_A_0003347134 - DOJ_HUAWEI_A_0004428236 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

          JAY I. BRATT
          Chief, Counterintelligence and Export
          Control Section
          National Security Division, U.S. Department
          of Justice

By:  /s/ Thea D. R. Kendler
          Thea D. R. Kendler
          David Lim
          Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)