

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 9, 2020

By Email and ECF

Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:   United States v. Huawei Technologies Co., Ltd., et al.
             Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

      This discovery is only being provided to Huawei Technologies Co., Ltd. and Huawei Device USA Inc. Although Huawei Device Co. Ltd. and Futurewei Technologies, Inc. are newly indicted defendants in this case, neither is entitled to this discovery because they are not parties to the protective order.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information and Written Correspondence | Sensitive Discovery Material | DOJ_HUAWEI_A_0004428237 - DOJ_HUAWEI_A_0004435975<br><br>DOJ_HUAWEI_A_0004436373 - DOJ_HUAWEI_A_0004487081 |
| Financial Institution Documents, Including Customer Account Information and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0004488049 – DOJ_HUAWEI_A_0004544327 |
| Documents Related to Activities in Iran | Sensitive Discovery Material | DOJ_HUAWEI_A_0004435976 - DOJ_HUAWEI_A_0004436372 |
| Documents Related to Activities in Iran | Discovery Material | DOJ_HUAWEI_A_0004487082 - DOJ_HUAWEI_A_0004488048 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Julia Nestor
      Alexander A. Solomon
      Julia Nestor
      David K. Kessler
      Sarah Evans
      Assistant United States Attorneys
      (718) 254-7000

                        DEBORAH L. CONNOR
                        Chief, Money Laundering and Asset
                        Recovery Section, Criminal Division
                        U.S. Department of Justice

By:    /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)