

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN/DKK/SME
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Huawei Technologies Co., Ltd., et al.
      Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

  The government respectfully submits this letter to advise the Court of a recent development that may be relevant to resolving the defendants' motion to share all Rule 16 material and any Brady disclosures with codefendant Meng Wanzhou. See ECF No. 145. The government has previously explained its concern, among others, that Meng could misuse those materials in the context of extradition proceedings in Canada.

  In June 2020, Meng filed a memorandum in the Supreme Court of British Columbia to "provide notice" that she will seek a stay of extradition on the grounds that the Record of the Case and Supplemental Record of the Case—documents submitted by the U.S. prosecution team in connection with Meng's extradition proceedings to describe evidence supporting the extradition request—are "grossly inaccurate" and include deliberate or reckless misstatements of fact (the "Memorandum").[1]

  In pertinent part, the Memorandum indicates that Meng will present "evidence" about four categories of purported misrepresentations by the U.S. government, including evidence about what "senior" financial institution employees supposedly knew of the relationship between Huawei and Skycom, and about the financial institution's supposed knowledge of the significance of transactions involving Skycom. (See Ex. A at 5-10.) Thus, the

---

[1] The government is prepared to address these meritless accusations if so directed by the Court. A copy of the Memorandum is attached as Exhibit A to this letter.

1

defendants here are seeking to share with Meng the same kinds of records that she has already selectively referenced in her Canadian filings, and has promised to use in her continued fight against extradition.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:      /s/ David K. Kessler
                Alexander A. Solomon
                Julia Nestor
                David K. Kessler
                Sarah Evans
                Assistant U.S. Attorneys
                (718) 254-7000

                DEBORAH L. CONNOR
                Chief, Money Laundering and Asset
                Recovery Section, Criminal Division
                U.S. Department of Justice

                Laura Billings
                Christian J. Nauvel
                Trial Attorneys

                JAY I. BRATT
                Chief, Counterintelligence and Export
                Control Section
                National Security Division, U.S. Department
                of Justice

                Thea D. R. Kendler
                David Lim
                Trial Attorneys

Cc: All defense counsel (by ECF)