

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2020

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

       Re:    United States v. Huawei Technologies Co., Ltd., et al.
              Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

       Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

## I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Account documentation including risk analyses | Sensitive Discovery Material | DOJ_HUAWEI_A_0005399146 – DOJ_HUAWEI_A_0005445540 |
| Online professional bios including Linkedin bios | Discovery Material | DOJ_HUAWEI_A_0005445541 – DOJ_HUAWEI_A_0005445671 |

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:    /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:    /s/ Christian J. Nauvel
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By:    /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)