

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

     Re:  United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| **Document Description** | **Category of Discovery Pursuant to Protective Order** | **Bates Range** |
|---|---|---|
| Documents related to business in Iran[1] | Discovery Material ("DM") | DOJ_HUAWEI_B_0000006148-DOJ_HUAWEI_B_0000006494 |
| Statements attributable to the defendants | DM | DOJ_HUAWEI_B_0000007082-DOJ_HUAWEI_B_0000007092 |
| Report related to electronic device[2] | DM | DOJ_HUAWEI_B_0000007093-DOJ_HUAWEI_B_0000007096 |

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
      Alexander A. Solomon
      Julia Nestor
      David K. Kessler
      Sarah Evans
      Assistant United States Attorneys
      (718) 254-7000

---

[1] These documents were previously produced under the same bates numbers as "Sensitive Discovery Material."

[2] This report is associated with the materials previously produced and bates-numbered DOJ_HUAWEI_B_0000000007.

                DEBORAH L. CONNOR
                Chief, Money Laundering and Asset
                Recovery Section, Criminal Division
                U.S. Department of Justice

By:   /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:   /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:     Clerk of the Court (AMD) (by ECF) (without Enclosures)