

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Email correspondence related to ▮ | Sensitive Discovery Material | DOJ_HUAWEI_A_0005604833 – DOJ_HUAWEI_A_0005661855 |
| Email correspondence and human resource records related to ▮ | Discovery Material | DOJ_HUAWEI_A_0005661856 – DOJ_HUAWEI_A_0005671141 |

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
       Alexander A. Solomon
       Julia Nestor
       David K. Kessler
       Sarah Evans
       Assistant United States Attorneys
       (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Christian J. Nauvel
       Laura Billings
       Christian J. Nauvel
       Trial Attorneys

          JAY I. BRATT
          Chief, Counterintelligence and Export
          Control Section
          National Security Division, U.S. Department
          of Justice

By: /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)

3