

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 16, 2020

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's reproduction of discovery in response to your request to downgrade certain SDM materials. The production is being made in accordance with Rule 16 of the Federal Rules of Criminal Procedure and pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The documents being reproduced, which are identified on the attached spreadsheet,[1] were

---

      [1] For ease of reference, this spreadsheet lists the new Bates number (PRODUCTION BEGDOC (REPROD)) alongside the original Bates number (PRODUCTION BEGDOC).

previously produced as "Sensitive Discovery Material" and are now being reproduced as "Discovery Material" under the Protective Order.

          Very truly yours,

          SETH D. DUCHARME
          Acting United States Attorney

By:   /s/ Julia Nestor
       Alexander A. Solomon
       Julia Nestor
       David K. Kessler
       Sarah Evans
       Assistant United States Attorneys
       (718) 254-7000

       DEBORAH L. CONNOR
       Chief, Money Laundering and Asset
       Recovery Section, Criminal Division
       U.S. Department of Justice

By:   /s/ Christian J. Nauvel
       Laura Billings
       Christian J. Nauvel
       Trial Attorneys

       JAY I. BRATT
       Chief, Counterintelligence and Export
       Control Section
       National Security Division, U.S. Department
       of Justice

By:   /s/ Thea D. R. Kendler
       Thea D. R. Kendler
       David Lim
       Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)