

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TGS/AAS/MAA/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 30, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

  The government writes to advise the Court that it has agreed to provide the information that the defendants request in their motion for a bill of particulars. (*See* ECF Nos. 533, 533-1.) Specifically, the government has agreed to provide: (i) the identities of the defendants' employees, officers, and/or agents who allegedly entered into the conspiracies charged in Counts One, Two, and Three of the Third Superseding Indictment; (ii) the specific money and/or property that was the object of the wire fraud conspiracy charged in Count Three; and (iii) specifics concerning the income generated from the pattern of racketeering activity that the defendants allegedly conspired to use or invest in the United States. (*See id.*) The parties are currently conferring regarding the timing of this disclosure.

  In light of the above, the government respectfully submits that the defendants' motion for a bill of particulars is moot.

1

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section,
Criminal Division
U.S. Department of Justice

By: /s/
Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


JENNIFER KENNEDY GELLIE
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By: /s/
Christian J. Nauvel
Ahmed Almudallal
Sean O'Dowd
Trial Attorneys


cc: Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF and Email)