# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Defendants. | Case No. 18 Cr. 457 (AMD) <br><br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and upon the accompanying Declaration of Jennifer L. Saulino, I hereby move this Court to withdraw my appearance for Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc., and to remove my name from the ECF service lists in the above-captioned action.

Dated: May 18, 2026

Respectfully submitted,

/s/ *Jennifer L. Saulino*
Jennifer L. Saulino
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8649
jennifer.saulino@sidley.com

*Attorney for Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*