<div align="center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

</div>

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Defendants. | Case No. 18 Cr. 457 (AMD) <br><br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and upon the accompanying Declaration of Mark D. Hopson, I hereby move this Court to withdraw my appearance for Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc., and to remove my name from the ECF service lists in the above-captioned action.

Dated: May 18, 2026

<div align="right" style="width:50%; margin-left:50%">

Respectfully submitted,


/s/ *Mark D. Hopson*
Mark D. Hopson
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8188
mhopson@sidley.com

*Attorney for Huawei Technologies Co., Ltd.,*
*Huawei Device USA, Inc. Huawei Device Co.,*
*Ltd., and Futurewei Technologies, Inc.*

</div>