**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Defendants. | Case No. 18 Cr. 457 (AMD) <br><br> **DECLARATION OF** <br> **MARK D. HOPSON** |

I, MARK D. HOPSON, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner with the law firm Sidley Austin LLP ("Sidley Austin"), counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc. in this matter.  I submit this declaration in compliance with Local Criminal Rule 1.2 to notify the Court that I am withdrawing as counsel.

2.  My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3.  Sidley Austin will continue to represent Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc. in this matter.

4.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2026

Respectfully submitted,

/s/ *Mark D. Hopson*
Mark D. Hopson

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8188
mhopson@sidley.com

*Attorney for Huawei Technologies Co., Ltd.,
Huawei Device USA, Inc. Huawei Device Co.,
Ltd., and Futurewei Technologies, Inc.*