

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JSF/AAS                                      *271 Cadman Plaza East*
F. #2017R05903                               *Brooklyn, New York 11201*

June 22, 2026

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Huawei Technologies Co., Ltd., et al.
      <u>Criminal Docket No. 18-457 (S-4) (AMD)</u>

Dear Judge Donnelly:

    As requested, attached hereto as Exhibit A is a version of the Court's Order of June 15, 2026 (ECF No. 727), granting the government's Rule 15 motion to depose a witness (ECF Nos. 715, 716), which reflects the parties' proposed redactions. The defendants consent to these proposed redactions.

          Very truly yours,

          JOSEPH NOCELLA, JR.
          United States Attorney
          Eastern District of New York

    By:  /s/
          Alexander A. Solomon
          Meredith A. Arfa
          Robert Pollack
          Matthew Skurnik
          Matthew F. Sullivan
          Assistant United States Attorneys
          (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney


cc:     Clerk of Court (AMD) (by Email)
        Defense Counsel of Record (by Email)