CF/AAS/MAA
F. #2017R05903

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                 18-CR-457 (S-4) (AMD)

HUAWEI TECHNOLOGIES CO., LTD., ET AL.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## GOVERNMENT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States respectfully moves the Court, pursuant to the authority granted under Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA § 9) (the "Security Procedures"); Federal Rules of Criminal Procedure 16(d) and 57; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed protective order regarding the disclosure and dissemination of classified national security information that the government will make available to cleared defense counsel on the conditions set forth in the proposed protective order.

On June 12, 2026, the government submitted a letter notifying the Court and the defendants that the government anticipates providing classified discovery to cleared counsel and would separately submit a motion applying for a protective order pursuant to CIPA Section 3 to facilitate the sharing of that discovery. (ECF No. 726.) On June 15, 2026, the government

1

provided counsel for the defendants with a copy of the proposed protective order for their review. On June 23, 2026, counsel for the defendants confirmed, in writing, that the defendants consent to entry of the attached proposed protective order. Upon entry of the attached protective order, the government is prepared to provide classified discovery to cleared defense counsel.

For the foregoing reasons, the government respectfully requests the Court enter the attached proposed protective order.

Dated:  Brooklyn, New York
June 23, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:  /s/_____
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and Export
Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney