UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

      v.                                18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA INC., and
FUTUREWEI TECHNOLOGIES, INC.,

              Defendants.
------------------------------------X


**THE HONORABLE ANN M. DONNELLY**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK


**\*\*IMPORTANT\*\***
**Jurors are instructed to call 1-800-522-5100 on**
**FRIDAY, SEPTEMBER 4, 2026 after 7:00 PM for further**
**reporting instructions**

**Juror Information**

THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE.

**Please print the following information:**

Name: _____

Address: _____

_____

_____

Home Telephone: _____

Work Telephone: _____

Cell Phone: _____

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE COMPLETE THE FOLLOWING DECLARATION:**

**DECLARATION**

**I solemnly state that the answers to the questions set forth in the attached questionnaire are, to the very best of my ability, true and correct.**

Date: _____                              _____
                                                    (Signature)

**Juror Number:** ____

**UNITED STATES v.**
**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE CO., LTD.,**
**HUAWEI DEVICE USA INC., and FUTUREWEI TECHNOLOGIES, INC.**

**PRELIMINARY INSTRUCTIONS**

Welcome to the courthouse and thank you for participating in jury service. You are here today for one purpose only: to complete a jury questionnaire. The trial and jury selection process will not start today. Once you have completed the questionnaire, you are done for the day. You will be given instructions before you leave about when to return for jury service.

This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers — under penalties of perjury — to the questions that follow. All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no "right" or "wrong" answers to these questions; just be candid and truthful.

This questionnaire is designed to help simplify and expedite the jury selection process. Please answer each question by placing a check next to the correct response and by providing the information requested. Please take your time and answer each question as fully as possible. Answer all questions. If a question does not apply to you, fill in the space with an "N/A" for "not applicable." If you cannot answer a question because you do not understand it or do not know the answer, fill in the space with "Do Not Understand" or "Do Not Know." Do not leave any answer blank. Write in dark ink and as legibly as possible. Please do not write on the back of any page. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

Although some of the questions may appear to be of a personal nature, please understand that these questions will help the parties and the Court select a fair and impartial jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

When you return to court, the Court may ask specific questions about some information in your questionnaire. If there are things you do not want to talk about in open court, please circle the question numbers and list them at the end of the questionnaire in the space provided for this purpose. Arrangements will be made to address those matters outside the presence of other prospective jurors.

The Court directs you not to discuss this questionnaire or your answers with friends, family, co-workers, court personnel, or anyone else. The answers that you provide must be yours and yours alone. From this point forward, do not read, watch or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, blogs, or social

media.  Do not discuss this case with anyone, including your family.  Do not discuss or post anything about this case on any platform, including TV, radio, newspaper, websites, blogs, or social media.  Do not research this case, the people involved, any of the facts presented in this questionnaire, any prior court proceedings, the lawyers, and/or the Judge.  This includes research conducted on the internet or through any other source of information, including performing internet or social media searches, use of AI chatbots, asking other people about the case, reading news stories, books, or reports about the case, or watching films, television, or streaming programs that relate to the case.  If you do read, listen, watch, or overhear information about this case from any sources outside the courtroom, you must notify courtroom staff immediately.

* * *

Jury service is one of the most important duties a citizen can be called on to perform.  You will be fulfilling your civic duty by responding completely and honestly during jury selection.  Your participation and cooperation in this process are greatly appreciated.

## SUMMARY OF THE CHARGES

The Indictment in this case charges a company, Huawei Technologies Co., Ltd., along with its subsidiaries — Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc. — with various offenses, including participation in a racketeering conspiracy involving acts of wire fraud, bank fraud, obstruction of justice, theft of trade secrets, money laundering, and copyright infringement. Some defendants are also charged with committing these acts, as well as violating sanctions laws, either as part of a conspiracy or through substantive offenses. The defendants deny all allegations. Each defendant is presumed innocent of every charge in the indictment, and that presumption remains with the defendants unless and until the government proves, at trial, each element of a charged offense beyond a reasonable doubt. If the government's evidence fails to establish any element beyond a reasonable doubt, you must find the defendant not guilty of that offense. The burden of proof rests entirely with the government and never shifts to the defendants.

This is just a summary of the charges to give you some background on the case. The Court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during the trial.

**Juror Number:** ____

<u>**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLUE OR BLACK INK**</u>

<u>**PART I: SCHEDULING AND ABILITY TO SERVE**</u>

1.    The trial in this case may last approximately 16 weeks or longer.  The jury will generally sit four days per week, from 9:00 AM to 5:30 PM.  Court will not be in session on holidays, including Thanksgiving and the day after Thanksgiving (November 26 and 27), Christmas Eve and Christmas (December 24 and December 25), and New Year's Eve and New Year's Day (December 31 and January 1).  There are regular breaks approximately every 90 minutes and a one-hour break for lunch.  Jury service is one of the most important responsibilities of citizenship, and one of its highest privileges.  **Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror**.  Potential jurors may be excused only on the ground that jury service would be a <u>serious</u> hardship.  A serious hardship exception includes, for example, prospective jurors who care for a child whose health or safety would be affected by your absence for jury service; prospective jurors who provide essential care to the elderly or infirm; or prospective jurors whose services are so essential to a business that it would close during your absence for jury service.

Do you believe you have a serious hardship that would prevent you from serving as a juror?

Yes ____        No ____

    a.  If yes, please explain the hardship:

        _____

        _____

    b.  Does your employer pay you for time missed as a result of jury service?

        Yes ____        No ____        Unsure____

        ***If you are unsure, please find out before you return to court for jury selection questioning.***

**Juror Number:** ____

2. Do you have any commitments that would make it difficult for you to get to Court by 9:00 AM, every day of trial, or remain at the courthouse until 5:30 PM? Court will be held at 225 Cadman Plaza East, Brooklyn, NY 11201.

   Yes ____ No ____

   a. If yes, please explain why you would be unable to get to Court by 9:00 AM or remain until 5:30 PM:

   _____
   _____

3. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating for long periods of time?

   Yes ____ No ____

   a. If yes, please explain, including any accommodations you might need to serve:

   _____
   _____

4. Are you taking any medication that would prevent you from giving full attention to all the evidence at this trial?

   Yes ____ No ____

   a. If yes, please explain:

   _____
   _____

5. Do you speak any foreign languages?

   Yes ____ No ____

   a. If yes, which language(s)?

   _____

6. Do you have any difficulty reading, speaking, or understanding English?

   Yes ____ No ____

   a. If yes, please explain:

   _____
   _____

**Juror Number:** _____

7.      Do you have any <u>pre-paid</u> and <u>non-refundable</u> travel plans between early September 2026 and February 2027?

     Yes _____      No _____

       a. If yes, please describe your plans and the dates of travel:

       _____

8.      At the conclusion of the case the Court will charge you on the law and explain to you the elements of the crimes charged in the indictment. Do you have personal, religious, philosophical, or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court or that would make it difficult for you to return a verdict of guilty or a verdict of not guilty based on the evidence or lack of evidence presented?

     Yes _____      No _____

       a. If yes, please explain:

       _____
       _____

9.      Is there any other reason why you would be unable to serve as a juror in this case?

     Yes _____      No _____

       a. If yes, please explain:

       _____
       _____

**Juror Number:** ____

## PART II: JUROR BACKGROUND

10. Name: _____

11. Gender: _____

12. Age: _____

13. Where do you currently live? **Do not include your street address**.

    County: _____ Neighborhood: _____

    a. How long have you lived there? _____

    b. Do you own or rent your home? _____

14. With whom do you live? _____

15. Where were you born? _____

16. Where were you raised? _____

17. Have you ever lived in another country?

    Yes ____      No ____

    a. If yes, please describe where and when:

    _____
    _____

18. Have you ever traveled outside the United States?

    Yes ____      No ____

    a. If yes, please describe where and when:

    _____
    _____

19. What is your highest level of education?

    _____ High School          _____ Master's
    _____ Associates           _____ Professional Degree
    _____ Bachelor's           _____ Doctorate

    a. Please list your major area(s) of study and specific degrees obtained: _____

20. What is your current job status? (Check only one)

_____ Working full-time       _____ Unemployed
_____ Working part-time       _____ At home caregiver
_____ Retired                 _____ Full-time student
_____ Disabled                _____ Other

21. Occupation:

    a. Please describe your current (or if you are retired or unemployed, your most recent) occupation and job duties. **Do not list the name or location of your employer.**

    _____

    _____

    b. What other types of jobs have you held throughout your life?

    _____

22. Have you ever held a management position in your work?

    a. Yes ____        No ____

    b. If yes, please describe your role and how many people you managed:

    _____

    _____

23. What is your current marital or relationship status?  Check all that apply.

_____ Single            _____ Divorced
_____ Married           _____ Widowed
_____ Separated         _____ Live with a partner

24. Please describe your partner's current occupation.  If they are retired, please describe their former occupation.  **Please do not list their place of employment**.

    _____

    _____

**Juror Number:** ____

25.     If you have children or stepchildren, please provide the following information:

| Gender | Age | Child Living with You? (Yes / No) | Highest Level of Education? | Type of Occupation / Level in School (**please do not list the names of any employers or schools**) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PART III: AFFILIATIONS AND INTERESTS

26.    Please list all social, political, civic, religious, community, fraternal, labor, professional, charitable, volunteer and public-interest groups, associations, or organizations in which you participate in any way.

| Group | Purpose of Group | Involvement | Offices or Positions Held |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

27.    List three publicly known people whom you admire ***most***:

    a.    _____
    b.    _____
    c.    _____

28.    In your personal life, what special skills, hobbies and/or interests do you have?  In other words, what do you like to do in your spare time?

    _____

    _____

29.    Would others describe you as open-minded and willing to listen to and assess different viewpoints?

    Yes _____        No _____

30.    How often do you make it a point to follow the news?

    ____ Every day
    ____ Almost every day
    ____ Several times a week
    ____ Several times a month
    ____ Never

31.    Which sources do you regularly rely on for news?  Please check the box corresponding to your regular news sources.
[ ] Television  [ ] Newspapers  [ ] Radio  [ ] Internet  [ ] Social Media  [ ] YouTube
[ ] Podcasts    [ ] Magazines    [ ] Personal conversations
[ ] Other (list other sources): _____

_____

32.    Please list the names of your regular news sources (*ex: Social Media, Facebook, Wall Street Journal, NY Times, NY Post, CNN, Fox News, Univision, etc.*):

_____

_____

33.    How often do you use the Internet?

    ____ Every day
    ____ Almost every day
    ____ Several times a week
    ____ Several times a month
    ____ Very infrequently
    ____ Never

34.    How often do you tweet, vlog, blog, podcast or post comments on the Internet?

    ____ Every day
    ____ Almost every day
    ____ Several times a week
    ____ Several times a month
    ____ Very infrequently
    ____ Never

**Juror Number: ____**

35. What television shows do you watch?

   _____
   _____

36. Do you typically watch, read, or listen to any legal, courtroom, or "true-crime" television programs, films, podcasts, books, or articles?

   Yes ____     No ____

   a. If yes, please tell us which ones:

   _____
   _____

37. Have you ever closely followed criminal cases alleging business or financial misconduct?

   Yes ____     No ____

   a. If yes, please state which case(s) you were interested in and why you were interested.

   _____
   _____

## PART IV: EXPERIENCE WITH AND VIEWS RELATED TO COURTS, LAW ENFORCEMENT AND GOVERNMENT AGENCIES

38.     Have you ever served on a jury?

Yes ____        No ____

    a.  If yes, was it a trial jury or a grand jury?

    Trial Jury____  Grand Jury____

        i.  If you served on a trial jury, were you the foreperson?

        Yes ____        No ____

        ii.  If you served on a trial jury, was it:

        Civil ____        Criminal ____        Both ____

        iii.  If you served on a trial jury, did you reach a verdict?

        Yes ____        No ____

    b.  If yes, is there anything about your prior jury service that would affect your ability to be fair and impartial in this trial?    Yes ____        No ____

        i.  If yes, please explain:

        _____

        _____

39.     Have you or anyone close to you ever had training with or worked for a law enforcement agency (including police, sheriff, jail, prison, immigration, parole, or probation)?

Yes (self) _____          Yes (family / friend) _____          No _____

a.   If yes, have you or your family member / friend worked for the United States Department of Justice, United States Attorney's Office for the Eastern District of New York, the Federal Bureau of Investigation, U.S. Customs and Border Protection, the Defense Criminal Investigative Service, the Bureau of Industry and Security, the U.S. Department of Homeland Security, the United States Department of the Treasury, or the Office of Foreign Assets Control ("OFAC")?

Yes _____          No _____

i.   If yes, please identify who and the nature of your relationship:
_____
_____

ii.   If yes, is there anything about that association that would affect your ability to be fair and impartial in this case?
_____
_____

40.     The witnesses in this case may include law enforcement officers, such as police officers and federal agents. The Judge will instruct you that law enforcement witnesses are not more or less truthful just because they are law enforcement officials. Regardless of your own opinions on that subject, will you be able to follow that instruction?

Yes _____          No _____

41.     Have you or anyone close to you ever had training or worked for a government agency at the local, state, or federal level, including military service?

Yes _____          No _____

42.     Have you or anyone close to you ever worked, studied to work, or planned to work in the legal profession (for example, as an attorney, paralegal, or legal secretary)?

Yes (self) _____          Yes (family / friend) _____          No _____

a.   If yes, please indicate who and describe their work or study:

_____
_____

**Juror Number:** ____

b. If yes, is there anything about your / their experience that would affect your ability to be fair and impartial in this case?

Yes _____        No _____

   i. If yes, please explain:

_____
_____

43. Do you have any opinions about prosecutors or criminal defense attorneys that would affect your ability to be a fair and impartial juror?

Yes ____        No ____

a. If yes, please explain:

_____
_____

44. Have you or anyone close to you ever worked for a local, state, or federal court, as a judge, court clerk, court security, or in any other capacity?

Yes (self) ____        Yes (family / friend) ____        No ____

a. If yes, please describe the nature of the work:

_____
_____

45. Have you or anyone close to you ever been a victim of a crime (whether reported or not)?

Yes ____        No ____

a. If yes, please explain:

_____
_____

b. Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?  Yes ____        No ____

   i. If yes, please explain:

_____
_____

46.     Have you or anyone close to you ever been accused, arrested, or convicted of a crime, or been the subject of a criminal investigation?

Yes ____        No ____

    a.  If yes, please explain:

        _____
        _____

    b.  Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?  Yes ____        No ____

        i.  If yes, please explain:

            _____
            _____

47.     Have you or someone close to you ever worked for a company that was accused of criminal wrongdoing?

Yes ____        No ____

    a.  If yes, without naming the company, please explain:

        _____
        _____

    b.  Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?  Yes ____        No ____

        i.  If yes, please explain:

            _____
            _____

48.     Have you or anyone close to you ever had any legal action or dispute with the federal, state or local government (including any government agency)?

Yes ____        No ____

    a.  If yes, please explain:

        _____
        _____

    b.  Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?  Yes ____      No ____

        i.  If yes, please explain:

            _____

            _____

49.    Have you or anyone close to you ever been involved in giving information to the government in a criminal investigation?

    Yes (self) ____      Yes (family / friend) ____      No ____

    a.  If yes, please explain:

        _____

        _____

    b.  If yes, is there anything about your / their experience that would affect your ability to be fair and impartial in this case?

        _____

        _____

**Juror Number:** ____

## PART V: FAMILIARITY WITH THE CASE AND RELEVANT PARTIES

50.     Please review the list attached to this questionnaire (Attachment A) that lists the names of people and entities you may hear about during the trial.  Do you know or have any personal, professional, or other substantial connection with the individuals or entities listed?

Yes ____        No ____

    a.  If yes, please circle the name of any person or entity on Attachment A that you know.

51.     Do you, or does anyone close to you, currently or previously work at any of the defendants listed in Attachment A, or at any of their subsidiaries or affiliates?

Yes (self) ____        Yes (family / friend) ____        No ____

52.     Do you, or does anyone close to you, currently or previously have business dealings with the defendants or any of their subsidiaries or affiliates?

Yes (self) ____        Yes (family / friend) ____        No ____

53.     The Judge presiding in this case is United States District Judge Ann M. Donnelly.  Do you or anyone you know have any association with Judge Donnelly or anyone who works for the United States District Court for the Eastern District of New York?

Yes (self) ____        Yes (family / friend) ____        No ____

54.     Before today, had you ever heard of Huawei or any of its subsidiaries?

Yes ____        No ____

    a.  If yes, would your prior knowledge of Huawei or any of its subsidiaries prevent you from being a fair or impartial juror in this case?

      _____

      _____

**Juror Number: ____**

55. Before today, had you heard or read anything about criminal charges being brought against the defendants, their subsidiaries, their affiliates, or any of their executives?

        Yes ____       No ____

    a.  If yes, please explain what you have heard or read, and how closely you have followed the case:

      _____

      _____

56. Have you commented on, "liked," or posted anything on social media about or relating to the defendants or any of their subsidiaries or affiliates?

        Yes ____       No ____

**Juror Number:** ____

**PART VI: PERSONAL EXPERIENCES AND
VIEWS RELATED TO CASE-SPECIFIC MATTERS**

57. Do you have views regarding any of the following that might influence your ability to be fair and impartial in this case?

    a. Large technology companies

        Yes ____        No ____

        i. If yes, please explain your views and what they are based on:

        _____
        _____

    b. Financial Institutions

        Yes ____        No ____

        i. If yes, please explain your views and what they are based on:

        _____
        _____

    c. Banks

        Yes ____        No ____

        i. If yes, please explain your views and what they are based on:

        _____
        _____

58. If you answered yes to any part of question 57, would you be able to set aside those views and give both sides a fair trial?

    Yes ____        No ____

59. Do you believe that if the government charges a person or company with a crime, that person or company is probably guilty?

    Yes ____        No ____

60. Have you or anyone close to you ever been employed by any technology company?

    Yes (self) ____    Yes (family / friend) ____    No ____

    a. If yes, please describe the nature of your / their work.

        _____

_____

     b.  Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?  Yes ___        No_____

          i.    If yes, please explain:

_____

_____

61.     Do you have any personal experience working with trade secrets or proprietary technologies?

Yes ____       No ____

     a.  If yes, please explain:

_____

_____

     b.  Is there anything about your experience that would affect your ability to be fair and impartial in this case?  Yes ___        No_____

          i.    If yes, please explain:

_____

_____

62.     Have you or anyone close to you ever been employed by any domestic or international financial institution / bank?

Yes (self) ____      Yes (family / friend) ____     No ____

     a.  If yes, please describe the nature of your / their work.

_____

_____

     b.  Is there anything about your / their experience that would affect your ability to be fair and impartial in this case?
        Yes ___        No_____

          i.    If yes, please explain:

_____

_____

63. Some of the witnesses who may testify in this case are not native English speakers, and they may use an interpreter. Is there anything that will prevent you from evaluating their testimony fairly and impartially in accordance with the Judge's instructions?

    Yes ____    No ____

    a. If yes, please explain:

    _____

    _____

64. Some of the witnesses who may testify in this case are either executives or managers at large corporations. Is there anything that will prevent you from evaluating their testimony fairly and impartially in accordance with the Judge's instructions?

    Yes ____    No ____

    a. If yes, please explain:

    _____

    _____

65. One or more government witnesses may testify that they participated in crimes. The witness may have a criminal history and may be testifying pursuant to a grant of immunity from prosecution or an agreement with the government. Use of such witnesses is lawful. As a juror, you will assess the credibility of each witness. Is there any reason why you could not fairly and impartially consider, or render a guilty verdict based on, the testimony of (1) a witness who was granted immunity from prosecution, or (2) a witness testifying pursuant to an agreement with the government?

    Yes ____    No ____

    a. If yes, please explain:

    _____

    _____

## PART VII: VIEWS REGARDING CHINA AND CHINESE COMPANIES

66.     The defendants in this case include Chinese companies.  Do you have any personal experiences, beliefs, or opinions about Chinese companies that could affect, even indirectly, your ability to be fair and impartial to either the government or the defendants?

Yes _____          No _____

    a.  If yes, please explain:

        _____

        _____

67.     Do you have any personal or professional ties to China (including family / friends of Chinese descent, having visited China, etc.)?

Yes _____          No _____

    a.  If yes, is there anything about those ties that would affect your ability to be fair and impartial in this case?

        Yes _____          No _____

        i.  If yes, please explain:

            _____

            _____

### PART VIII: QUESTIONS CONCERNING LEGAL PRINCIPLES AND EVIDENCE

68.     Under the law, the jury determines what the facts are, and the Judge decides the law. You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it for any reason, and you must determine the facts according to those instructions. Would you have any difficulty following the Judge's instructions?

Yes ____          No ____

      a.  If yes, please explain:

        _____
        _____

69.     The law provides that a defendant in a criminal case is presumed innocent at all stages of the trial and is not required to put on any defense at all. The government is required to prove the defendant guilty beyond a reasonable doubt on each charge. Is there any reason why you could not apply that law?

Yes ____          No ____

      a.  If yes, please explain:

        _____
        _____

70.     The law provides that a defendant in a criminal case has an absolute right not to testify, and that a juror cannot hold it against a defendant if it (or a corporate representative) chooses not to testify. Is there any reason why you could not apply that law?

Yes ____          No ____

      a.  If yes, please explain:

        _____
        _____

71.     Under the law, jurors are required to base their decisions solely on the evidence or lack of evidence presented in Court, and not on conjecture, suspicion, bias, sympathy, or prejudice. Would you have any difficulty following this rule?

Yes ____          No ____

      a.  If yes, please explain:

        _____
        _____

72.     Under the law, the question of punishment is for the Court alone to decide.  You are not permitted to consider the issue of punishment when deciding whether a defendant is guilty or not guilty.  Would you have any difficulty following this rule?

Yes ____        No ____

    a.   If yes, please explain:

        _____

        _____

73.     The defendants in this case are part of a corporation.  Could you apply the same legal standards to decide whether the government has met its burden of proof against a corporate defendant as you would to an individual defendant?

Yes ____        No ____

74.     Under the law, the testimony of a single witness can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness proves the defendant's guilt beyond a reasonable doubt with respect to a particular charge or count.  Is there any reason why you could not apply this rule of law?

Yes ____        No ____

    a.   If yes, please explain:

        _____

        _____

75.     You may see or hear evidence during the trial in languages other than English, including Mandarin (Chinese) and Farsi.  Do you speak, read, or write in any foreign language, including Chinese or Farsi?  Check all that apply:

Yes (Speak) ____      Yes (Read) ____      Yes (Write) ____      No ____

    a.   If yes, please identify the language(s):

        _____

    b.   If yes, the evidence will be translated into English during the trial, and the Court will instruct you that only the English translations are evidence, and that you should not rely on any native text or testimony.  Would you have any difficulty following this instruction?

        Yes ____        No ____

**Juror Number: ____**

76. This case may receive media or other public attention. As instructed above, **from now until your jury service is complete**, you are instructed to avoid all media coverage about this case and may not search the Internet or social media about this case for any purpose. That is, you are forbidden from consuming any news media or social media about this case, and from discussing this case (or anyone participating in the case) outside of the courtroom. You also must not discuss this case with anyone. This includes your family, friends, spouse, domestic partner, colleagues, and co-workers. These instructions apply from now and until you are either dismissed from jury selection or chosen as a juror and the trial is complete. When we return for the next step in jury selection, the Judge will ask you if you have followed this instruction. Will you be able to follow this instruction?

    Yes ____      No ____

       a. If no, please explain:
       _____
       _____

77. Is there anything else about the subject matter of this case, the points covered in the questionnaire, or any matter not covered by this questionnaire, that would affect your ability to be a fair and impartial juror in this case?

    Yes ____      No ____

       a. If yes, please explain:
       _____
       _____

78. Is there any answer you wish to discuss privately with the Judge?

    Yes ____      No ____

       a. If yes, please identify the question number(s):
       _____
       _____

**Juror Number:** ____

## JUROR OATH

I hereby declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and complete to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not conducted any independent research about this case or any of the parties or lawyers involved in this case. I have not received assistance in completing the questionnaire.


_____          _____
Signature                                                                              Date

**Juror Number:** ____

**Further Explanation Sheet**
**(Please put the question number next to your response)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____