

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TGS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 17, 2026

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. Huawei Technologies Co., Ltd., et al.
>           <u>Criminal Docket No. 18-457 (S-4) (AMD)</u>

Dear Judge Donnelly:

On July 14, 2026, the defendants filed a letter requesting that the Court extend the briefing deadlines concerning the government's expert witness disclosures served on June 24, 2026.  (*See* ECF No 753).  The government writes to correct a misimpression that the defendants' letter may have created.  The government complied with the deadlines ordered by the Court and with the terms of the Court's protective order (ECF No. 57).  The government consented to the defendants' requested extension solely as a professional courtesy, and not due to any lack of compliance (or perceived lack of compliance) on the government's part.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/
       Alexander A. Solomon
       Meredith A. Arfa
       Robert Pollack
       Matthew Skurnik
       Matthew F. Sullivan
       Assistant United States Attorneys
       (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

2