

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TGS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>Re:    United States v. Huawei Technologies Co., Ltd., et al.
>       Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

On August 5, 2026, the defendants filed a letter requesting modifications to the Court's jury questionnaire. (ECF No. 766). The government writes to clarify its position regarding the defendants' requested modifications. As the government advised defense counsel, the government believes that the Court's questionnaire is sufficient to ensure the selection of a fair and impartial jury. The government objects to the additional questions on the basis that they are not necessary to ensure a fair jury and will lengthen the already-lengthy questionnaire.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/
       Alexander A. Solomon
       Meredith A. Arfa
       Robert Pollack
       Matthew Skurnik
       Matthew F. Sullivan
       Assistant United States Attorneys
       (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

2