

RMP
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     United States v. Huawei Technologies Co., Ltd., et al.
>          Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government writes on behalf of the parties to request a one-week extension to the deadline to file the parties' requests to charge the jury. The government has shared with defense counsel the government's proposals and has received from defense counsel the defendants' objections to the government's proposals as well as additional and alternative proposals. There remain significant areas of disagreement and an additional week will provide an opportunity to continue considering and attempting to resolve them to the extent possible.

Additionally, although the Court's order setting the current deadline directs the parties to "submit a single document setting forth all agreed-upon requests to charge and identifying any disputes," the government respectfully requests leave to submit the requests to charge in multiple documents if, in the end, it appears more practicable to do so. The government will endeavor to reduce the areas of disagreement, but a single document with joint requests combined with separate documents with alternative proposals for additional instructions may be

more manageable (for the parties and for the Court) than an omnibus document with redlined disagreements or alternatives arranged serially.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney