**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MAA | *271 Cadman Plaza East* |
| F. #2017R05903 | *Brooklyn, New York 11201* |

August 7, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Huawei Technologies Co., Ltd., et al.
> Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

Pursuant to the Court's July 29, 2026 order, we earlier today provided electronic and hard copies of the government's January 9, 2026, February 18, 2026, and March 16, 2026, disclosures and the materials cited therein.

With respect to the hard copy materials, certain of the materials (*e.g.*, spreadsheets) could not be printed in user-friendly formats. For such materials, we indicated in the hard copy materials that the particular document was produced to the defense in native format; we provided those materials to the Court only in electronic format.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/ _____
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney