**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 14, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government respectfully requests that the Court enclose with the jury questionnaire the attached version of Attachment A, which the parties have updated since the version submitted on March 2, 2026.

The government seeks leave to file Attachment A under seal because it identifies third parties, including potential trial witnesses, by name. The government is sensitive to the need to minimize the amount of information in a criminal case that is filed under seal, but sealing is warranted here to protect the privacy interests of third parties. *See* Fed. R. Crim. P. 6(e)(6); *see also United States v. Aref*, 533 F.3d 72, 83 (2d Cir. 2008); *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006); *United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995). Under the circumstances here, the interest in safeguarding the privacy of these third parties outweighs the public's qualified right to access such information. The facts set forth herein provide a sufficient

basis for the "specific, on the record findings" necessary to support sealing. *Lugosch*, 435 F.3d at 120.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/ ______________________
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
Defense counsel of record (by Email)