SIDLEY JENNER&BLOCK LLP Steptoe

September 1, 2026

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Huawei Technologies Co., Ltd.*, No. 18-457 (S-4) (AMD) (JAM)
Response to Government Letter regarding 130 Questionnaires

Dear Judge Donnelly:

Huawei writes in response to the Government's letter filed on August 31, 2026 regarding the contested prospective jurors. The defense identified 128 prospective jurors that it believes should be struck prior to individualized voir dire. The government's letter correctly notes that "a significant number" of these prospective jurors indicated bias in connection with issues pertaining to China and Iran, which is one reason that these jurors were identified by the defense. But it is not the only reason. Most of the prospective jurors in question also indicated hardships with expected jury service of this length, and approximately half also indicated that if the government charges someone with a crime, they are "probably guilty."

Even putting aside all jurors disputed by either side, 219 jurors would be available for individualized voir dire, which should be more than sufficient to empanel a jury. If the Court agrees that the jurors Huawei identifies in its separate list should be stricken for cause and/or hardship, Huawei submits that the most efficient way to select a jury is to proceed with the jurors that both sides agree should be brought in for voir dire.

Respectfully submitted,


*/s/ David Bitkower*
David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

*/s/ Melissa Colón-Bosolet*
Douglas A. Axel
Melissa Colón-Bosolet
Ellyce R. Cooper
Michael A. Levy
Frank R. Volpe
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

*/s/ Ryan P. Poscablo*
Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*