SIDLEY JENNER&BLOCK LLP Steptoe

September 2, 2026

**Via Email**

Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Matthew Sullivan
U.S. Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Money Laundering, Narcotics and Forfeiture Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue NW, 10th Floor
Washington, D.C. 20005

Christopher Fenton
Counterintelligence and Export Control Section
U.S. Department of Justice, National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Re: *United States v. Huawei Technologies Co., Ltd.*, No. 1:18-cr-00457 (S-4) (AMD) (JAM)**

Dear Government Counsel:

We write on behalf of Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively, "Huawei") to provide, via Box, our fourth supplemental disclosure of trial exhibits, along with a list of those trial exhibits.

A production of Rule 16 discovery materials will follow. This production consists of a document that has not been previously produced in discovery. The bates range for this production is **HUAWEI_EDNY_00029378 – HUAWEI_EDNY_00029382.**

Huawei's preparation for trial is ongoing, and Huawei reserves the right to disclose additional exhibits and Rule 16 discovery material. Huawei also reserves the right to use any

government exhibit or any exhibit disclosed pursuant to 18 U.S.C. § 3500. Huawei does not waive, and expressly reserves, any objections to disclosed exhibits, including objections based on third-party privilege claims.

This fourth supplemental trial exhibit disclosure consists of documents that Huawei may seek to admit into evidence during our case in chief.

Respectfully submitted,

/s/ David Bitkower
David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

/s/ Douglas A. Axel
Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

/s/ Brian M. Heberlig
Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*

Encls. (by Email and Hard Copy)

cc: Clerk of Court (AMD) (by Email)