# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Huawei Technologies Co., Ltd., et al.
*Defendant*

Case No. 1:18-cr-457 (S-4) (AMD) (JAM)

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: [redacted]

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 | Courtroom No.: | 4G North |
|---|---|---|---|
| | | Date and Time: | 09/08/2026 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Exhibit A.

*(SEAL)*

Date: AUG 2 0 2026

BRENNA B. MAHONEY

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Huawei Technologies Co., Ltd., et al. , who requests this subpoena, are:

William L. Drake
Stepoe LLP
1330 Connecticut Avenue NW
Washington, D.C. 20009
wdrake@steptoe.com
202-429-5513

Case No. 1:18-cr-457 (S-4) (AMD) (JAM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ____________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________

______________________ on *(date)* ____________ ; or

☐ I returned the subpoena unexecuted because: ______________________

______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

**DEFINITIONS**

1. "Funds Transfers" means any electronic transfer of funds denominated in U.S. dollars between bank accounts, including such transfers that are processed via Fedwire Funds Service ("Fedwire"), Society for Worldwide Interbank Financial Telecommunication ("SWIFT"), Clearing House Interbank Payment System ("CHIPS"), ISO 20022 MX format, or other equivalent systems and formats.

2. "Huawei Entity" means Huawei Tech Investment Co., Limited; Huawei International Co., Limited; Huawei Device Co., Ltd.; Huawei Technologies Co., Ltd.; Huawei Global Customer Financing Co., Limited; Huawei Global Finance (HK) Co., Limited; Huawei International Pte. Ltd.; Huawei Device (Hong Kong) Co., Limited; Huawei Services (Hong Kong) Co., Limited; Huawei Software Technologies Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA Inc.; and/or Futurewei Technologies, Inc.

3. "Person" and "Persons" means any natural persons or any legal entity, including, without limitation, any business or governmental entity or association.

4. "Request" means each and every of the categories of documents and information sought under "Documents Requested" described below.

5. "You" or "Your" means the operations and offices of [redacted] in the United States, including any U.S. branches and subsidiaries of [redacted] and any entity using a SWIFT Bank Identifier Code beginning with [redacted]

## GENERAL INSTRUCTIONS

1. Pursuant to Federal Rule of Criminal Procedure Rule 17(c), these Requests are continuing in nature so that if You subsequently discover or obtain possession, custody, or control of any document covered by these Requests, You shall promptly make any such document(s) available to Defendants as supplemental responses to these Requests.

2. You are to produce all documents in Your actual or constructive possession, custody, or control. The term "possession" includes, without limitation, actual possession by You, actual possession by You with another, or constructive possession by You in that You are legally entitled or able to obtain actual possession from another Person.

3. Documents attached to one another should not be separated. All attachments and appended or embedded links or files shall be produced if the document or any of the attachments is responsive to any of these Requests. If any portion of any document is responsive to any portion of the Requests below, then the entire document must be produced.

4. In the event You object to any Request, definition, or instruction, You should: (i) clearly indicate to which part or portion of the Request, definition, or instruction the objection is directed; (ii) state the grounds for the objection; (iii) clearly indicate whether any documents have been or will be withheld based upon the objection; and (iv) provide all documents to which the objection is not made.

5. In the event You seek to withhold any document, or portion thereof, on the basis that it is properly entitled to some privilege or other limitation on discovery, You are requested at the time of responding to these Requests to state with specificity the claim of privilege or other reason used to withhold the document. You are further requested to provide portions of all requested documents that are not subject to a claim of privilege or other reason for nonproduction

by redacting or otherwise protecting the portions for which a privilege is asserted, if such a technique does not result in disclosing the portions for which some privilege is asserted. For each document or portion of a document that You withhold based on a claim of privilege or other protection from disclosure, You are instructed to identify all such documents or portions thereof in a manner sufficient to allow the documents to be described to the Court for ruling on the privilege or other reason for the non-production, including a numerical list of the documents for which a privilege or limitation of discovery is claimed, indicating: (i) the form of the document (*e.g.*, memorandum, letter, note, email, etc.); (ii) the name of each Person who authored, wrote, sent, created, or initiated the document; (iii) the name of each Person to whom the document is addressed or who otherwise received the document; (iv) the date of such communication; (v) the general subject matter of such communication (such description shall not be considered a waiver of Your claimed privilege); (vi) the identity of any document that was the subject of such communication and the present location of any such document; (vii) the identity of any document which records, refers, or relates to such communication and the present location of any such document; (viii) the Request(s) to which such information is responsive; and (ix) the claimed ground(s) for privilege or limitation of discovery, including, if relevant, the attorney and client involved.

6. Each document requested herein should be produced in its entirety and without deletion, redaction, or excisions, regardless of whether You consider the entire document or only part of it to be relevant or responsive to these Requests.

7. All documents produced in response to the Requests should be Bates numbered sequentially, with a unique number on each page, and with a prefix identifying the party producing the document.

8. If any Request cannot be complied with in full, please comply to the extent possible, with an explanation as to why full compliance is not possible.

9. If You object to any of the Requests set forth below, You must fully set forth Your objections in writing. If You object to any Request, the part should be specified. If You object to any Request or part of any Request, You must produce all documents to which Your objection does not apply.

## DOCUMENTS REQUESTED

You are required to produce and provide, subject to the Instructions and Definitions set forth above, the documents and information in Your possession, custody, or control in the categories listed below:

1. Documents sufficient to show Funds Transfers processed by You between January 28, 2019 and January 27, 2020 where a Huawei Entity was the originator or beneficiary of the Funds Transfer. This can be an extract from your core banking or other systems provided that such extract would include the following details for each Funds Transfer: value date, value, originator, originating bank, intermediary bank(s), beneficiary bank, and beneficiary.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD, *et al.*,<br><br>Defendants. | Case No. 1:18-cr-457 (S-3) (AMD) (JAM) |

**DECLARATION UNDER PENALTY OF PERJURY**

**Pursuant to Title 28, United States Code, Section 1746**

I, ______________________________, being a person of sound mind and body, state the following:

1. I am employed by [redacted] in the United States and am a custodian of records for that organization;

2. The enclosed documents, responsive to subpoena number ________ and consisting of ________ pages, are records that are kept in the ordinary and regular course of business of [redacted] in the United States and it is the regular practice of that organization to make such memoranda, reports, records or data compilations;

3. The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded, or are made at or near the time reflected by the calendar dates which appear on the documents;

4. These records are maintained under the care, custody and control of and are in substantially the same condition today as when made; and,

5. To my knowledge, these records constitute all of the documents in the care, custody and control of [redacted] in the United States, which is subject to the terms and conditions of the subpoena identified above which was received by said organization.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Executed on this _____ day of _____________, 20_________.

______________________________

Signature

______________________________

Title

______________________________

Printed Name