**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

On September 9 and 10, 2026, the government provided the Court with hard copies of its trial exhibits. The hard copies include supplements to the exhibits provided to the Court in electronic format on August 20, 2026, as well as updated and corrected versions of certain exhibits, as set forth below. The government previously provided these exhibits to the defendants and is providing these exhibits to the Court in electronic format via USAfx.

The government is providing the following supplemental trial exhibits:

| | | | |
|---|---|---|---|
| GX 1232 | GX 1232-1 | GX 1233 | GX 1233-1 |
| GX 1234 | GX 1234-1 | GX 1235 | GX 1235-1 |
| GX 1236 | GX 1236-1 | GX 1237 | GX 1237-1 |
| GX 1238 | GX 1238-1 | GX 1239 | GX 1239-1 |
| GX 1240 | GX 1240-1 | GX 1241 | GX 1241-1 |
| GX 1242 | GX 1242-1 | GX 1243 | GX 1243-1 |
| GX 1244 | GX 1245 | GX 1246 | GX 1247 |
| GX 1248 | GX 1249 | GX 1250 | GX 1250-1 |
| GX 1250-2 | GX 1251 | GX 1251-1 | GX 1252 |
| GX 1252-1 | GX 1253 | GX 1253-1 | GX 1254 |
| GX 1254-1 | GX 1255 | GX 1255-1 | GX 2505 |
| GX 2506 | GX 2507 | GX 2508 | GX 2509 |
| GX 2510 | GX 2511 | GX 2512 | GX 2513 |
| GX 2514 | GX 2514-1 | GX 2515 | GX 2516 |
| GX 2517 | GX 2518 | GX 2519 | GX 2520 |
| GX 3121-R | GX 3182 | GX 3183 | GX 3184 |

| | | | |
|---|---|---|---|
| GX 3185 | GX 3186 | GX 3187 | GX 3188 |
| GX 3189 | GX 3190 | GX 3191 | GX 3192 |
| GX 3193 | GX 3194 | GX 3195 | GX 3196 |
| GX 3197 | GX 3198 | GX 3199 | GX 4300 |
| GX 4300-T | GX 4301 | GX 4302 | GX 4303 |
| GX 4303-1 | GX 4601-R | GX 4628 | GX 4629 |
| GX 4630 | GX 4900 | GX 4901 | GX 4902 |
| GX 6106 | GX 6107 | GX 6108 | GX 6200 |
| GX 6302-T | GX 6303-T | GX 6307-T | GX 6309-T |
| GX 6314-T | GX 6315-T | GX 6316-T | GX 6318-T |
| GX 6330 | GX 6330-1 | GX 6331 | GX 6331-1 |
| GX 6331-2 | GX 6331-3 | GX 6331-4 | GX 6331-5 |
| GX 6331-6 | GX 6331-7 | GX 6332 | GX 6334-1 |
| GX 6340-1 | GX 6343 | GX 6344 | GX 6349-T |
| GX 6350-2 | GX 6355 | GX 6356 | GX 6356-1 |
| GX 6366-T | GX 6645 | GX 6646 | GX 6647 |
| GX 6648 | GX 6649 | GX 6650 | GX 6651 |
| GX 6652 | GX 6653 | GX 6654 | GX 8302-T-R |
| GX 9301-R | GX 9302-R | GX 9331 | GX 9332 |
| GX 9332-1 | GX 9333 | GX 9334 | GX 9334-1 |
| GX 9335 | GX 9335-1 | GX 9336 | GX 11103-T-R |
| GX 11103-T-R2 | GX 11104-T-R | GX 11104-T-R2 | GX 11109 |
| GX 11601-N-R | GX 11601-N-R-1 | GX 11607 | GX 11608 |
| GX 11609 | GX 11610 | GX 13338 | GX 13623-R |
| GX 13623-R-1 | GX 15200-1 | GX 15200-2 | GX 15200-3 |
| GX 15200-4 | GX 15200-5 | GX 15200-6 | GX 15200-7 |
| GX 15200-8 | GX 15200-9 | GX 15200-10 | GX 15200-11 |
| GX 15200-12 | GX 15200-13 | GX 15200-14 | GX 15200-15 |
| GX 15200-16 | GX 15201-2-4 | GX 15201-2-5 | GX 15201-2-6 |
| GX 15201-2-7 | GX 15201-2-8 | GX 15201-2-9 | GX 15201-2-10 |
| GX 15201-2-11 | GX 15201-2-12 | GX 15201-2-13 | GX 15201-2-14 |
| GX 15201-2-15 | GX 15201-2-16 | GX 15201-2-17 | GX 15201-2-18 |
| GX 15201-2-19 | GX 15201-2-20 | GX 15201-2-21 | GX 15201-2-22 |
| GX 15201-18 | GX 15201-18-T | GX 15201-19 | GX 15201-20 |
| GX 15201-21 | GX 15201-22 | GX 15201-23 | GX 15201-24 |
| GX 15201-25 | GX 15201-26 | GX 15201-27 | GX 15201-28 |
| GX 15201-29 | GX 15201-30 | GX 15201-31 | GX 15201-31-T |
| GX 15307 | GX 15307-T | GX 15307-T-R | GX 15308-R |
| GX 15308-R-1 | GX 15308-R-1-T | GX 15308-R-T | GX 15311-R-2-T |
| GX 15312-R | GX 15312-R-1 | GX 15312-R-1-T | GX 15312-R-2 |
| GX 15312-R-2-T | GX 15312-R-3 | GX 15312-R-3-T | GX 15312-R-T |
| GX 15313-T-R | GX 15315-R2 | GX 15315-R2-1 | GX 15324-R |
| GX 15324-R-T | GX 15327-R | GX 15327-R-1 | GX 15327-R-1-T |
| GX 15327-R-T | GX 15328-R | GX 15328-R-1 | GX 15328-R-1-T |
| GX 15328-R-T | GX 15329-R | GX 15329-R-1 | GX 15329-R-T |

| | | | |
|---|---|---|---|
| GX 15330-R | GX 15330-R-1 | GX 15330-R-1-T | GX 15330-R-2 |
| GX 15330-R-2-T | GX 15330-R-T | GX 15332-R-T | GX 15335-R |
| GX 15335-R-T | GX 15336-T-R2 | GX 15337-R | GX 15337-R-T |
| GX 15339 | GX 15340 | GX 15340-T | GX 15341 |
| GX 15341-T | GX 15342 | GX 15342-T | GX 15343 |
| GX 15343-1 | GX 15343-T | GX 15344 | GX 15344-1 |
| GX 15344-1-T | GX 15344-2 | GX 15344-2-T | GX 15344-T |
| GX 15600-R | GX 15600-R-1 | GX 15600-R-1-T | GX 15600-R-T |
| GX 15601-R | GX 15601-R-1 | GX 15601-R-1-T | GX 15601-R-T |
| GX 15602-T-R | GX 15609-T-R | GX 15610 | GX 16154 |
| GX 16155 | GX 16156 | GX 16157 | GX 16158 |
| GX 16159 | GX 16160 | GX 16161 | GX 16310-T-R |
| GX 16311-T-R | GX 16317-T | GX 16328-T-R | GX 16341-T-R |
| GX 16342-T-R2 | GX 16346-T-R | GX 16351-T | GX 16352-T-R |
| GX 16364-T-R | GX 16378-1-T | GX 16378-2-T | GX 16379-1-T |
| GX 16379-T | GX 16385-T-R | GX 16392-1-T-R | GX 16392-T-R |
| GX 16600-T-R | GX 16611-1 | GX 16617-T-R | GX 16618 |
| GX 20044-R-10-T | GX 20051-T | GX 20062-T-R | GX 20177-1 |
| GX 20177-2 | GX 20273-1-T | GX 20273-2-T | GX 20273-3-T |
| GX 20273-4-T | GX 20273-5-T | GX 20273-6-T | GX 20273-7-T |
| GX 20273-8-T | GX 20273-9-T | GX 20273-10-T | GX 20273-11-T |
| GX 20273-12-T | GX 20298-T | GX 20306 | GX 20306-1 |
| GX 20306-2 | GX 20306-3 | GX 20307 | GX 20308 |
| GX 20309 | GX 20310 | GX 20311 | GX 20312 |
| GX 20313 | GX 20314 | GX 20315 | GX 20316 |
| GX 20317 | GX 20318 | GX 21200-1-T-R | GX 21393 |
| GX 21393-1 | GX 21393-2 | GX 21393-3 | GX 21393-4 |
| GX 21393-5 | GX 21393-6 | GX 21630 | GX 21631 |
| GX 22304-1 | GX 22309 | GX 22309-1 | GX 22309-2 |
| GX 22309-3 | GX 22309-4 | GX 22309-5 | GX 22309-6 |
| GX 22309-7 | GX 22309-8 | GX 22309-9 | GX 22309-10 |
| GX 22310 | GX 22310-1 | GX 22310-2 | GX 22310-3 |
| GX 22310-4 | GX 22310-5 | GX 22310-6 | GX 22310-7 |
| GX 22310-8 | GX 22310-9 | GX 22310-10 | GX 22311 |
| GX 22311-1 | GX 22311-2 | GX 22311-3 | GX 22311-4 |
| GX 22311-5 | GX 22311-6 | GX 22311-7 | GX 22311-8 |
| GX 22311-9 | GX 22311-10 | GX 22312 | GX 22313 |
| GX 22313-1 | GX 22314 | GX 22314-1 | GX 22314-2 |
| GX 22314-3 | GX 22314-4 | GX 22314-5 | GX 22314-6 |
| GX 22314-7 | GX 22314-8 | GX 22314-9 | GX 22314-10 |
| GX 22315 | GX 22315-1 | GX 22315-2 | GX 22316 |
| GX 22316-1 | GX 22614 | GX 22614-1 | GX 22614-2 |
| GX 22614-3 | GX 22614-4 | GX 22614-5 | GX 22614-6 |
| GX 22614-7 | GX 22614-8 | GX 22614-9 | GX 23606-R |
| GX 27201 | GX S-1 | | |

The government is providing updated versions of the following exhibits:

| | | | |
|---|---|---|---|
| GX 6316 | GX 6317-R | GX 6318 | GX 6319 |
| GX 6328 | GX 6329 | GX 6333 | GX 6334 |
| GX 6362-1 | GX 6375 | GX 6609 | GX 6610 |
| GX 6611 | GX 6616 | GX 6617 | GX 6618 |
| GX 8301-1 | GX 9301-5-T-R | GX 9311-R-T | GX 9312-T |
| GX 9316-T | GX 9317-T | GX 9328-R | GX 16611 |
| GX 16612 | GX 20163 | GX 21348-3-R | GX 21374-1 |
| GX 21384-1 | GX 21387 | GX 21391 | GX 21606-R |
| GX 21610-R | GX 22300-12 | GX 27302 | |

In addition, the exhibit list has been updated to reflect that GX 6612-R, GX 6612-R-1, GX 6612-R-2, and GX 6612-R-3 are intentionally omitted and, accordingly, have not been produced.

The government has advised the defendants that its preparation for trial is ongoing, and accordingly the government reserves the right to disclose additional exhibits.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and Export Control Section,
National Security Division,
U.S. Department of Justice

Aaron L. Jennen
Trial Attorney

Encls. (by USAfx)