# EXHIBIT
# A

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)

- Toshiba External Hard Drive S/N Y186F07TSQ11
- Sony ultrabook - SVP112A1CW
(PW - [redacted])

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

4/27/2018
Date

[redacted]
Signature

Witness