UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HUAWEI TECHNOLOGIES CO., LTD., ET AL.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

18-CR-457 (S-4) (AMD)

THE COURT FINDS that the stipulation of the parties is appropriate in this case for the handling of trade secret information at trial.

Congress has identified this compelling interest and specifically directed that in trade secret cases necessary steps should be taken to "preserve the confidentiality of trade secrets." 18 U.S.C. § 1835(a); *see also* H. Rep. No. 104-788, 104th Cong., 2d Sess. 13 (1996) ("This subsection authorizes the court to preserve the confidentiality of alleged trade secrets during legal proceedings consistent with existing rules of criminal procedure, civil procedure, and evidence, and other applicable laws. The intent of this section is to preserve the confidential nature of the information and, hence, its value."). In this case, the limited viewing during trial of Trial Protected Material is necessary to preserve the confidentiality of potential trade secrets in the case, including by not publishing Trial Protected Material on the public monitors during trial. The adopted measures are reasonable and narrowly tailored in this case to serve the substantial interest of preserving the confidentiality of trade secret information and, under the circumstances present in this case, there are no less restrictive alternatives.

To the extent necessary, the Court may consider any further issues concerning the Trial Protected Material in this case that may arise during the course of trial.

IT IS ORDERED that the measures proposed by the parties in the stipulated Protective Order for Trial are hereby adopted.

Dated: Brooklyn, New York
September 24, 2026

s/Ann M. Donnelly

THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK