COURT EXHIBIT

2

NJM:MFS
F. #2017R05903

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

UNITED STATES OF AMERICA

- against -

HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA INC., and
FUTUREWEI TECHNOLOGIES, INC.,

Defendants.

VERDICT SHEET

18-CR-457 (S-4) (AMD)

----------------------------------X

COUNT ONE
(Racketeering Conspiracy)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count One?

Guilty ________ Not Guilty ✓ 11/24/26

How do you find defendant HUAWEI DEVICE USA INC. as to Count One?

Guilty ________ Not Guilty ✓ 11/24/26

How do you find defendant FUTUREWEI TECHNOLOGIES, INC. as to Count One?

Guilty ________ Not Guilty ✓ 11/24/26

COUNT TWO
(Conspiracy to Steal Trade Secrets)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Two?

Guilty ✓ Not Guilty ________ 11/24/26

How do you find defendant HUAWEI DEVICE CO., LTD. as to Count Two?

Guilty ✓ Not Guilty ____ 11/24/26

How do you find defendant HUAWEI DEVICE USA INC. as to Count Two?

Guilty ✓ Not Guilty ____ 11/24/26

How do you find defendant FUTUREWEI TECHNOLOGIES, INC. as to Count Two?

Guilty ✓ Not Guilty ____ 11/24/26

<u>COUNT THREE</u>
(Conspiracy to Commit Wire Fraud)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Three?

Guilty ✓ Not Guilty ____ 11/24/26

How do you find defendant HUAWEI DEVICE CO., LTD. as to Count Three?

Guilty ✓ Not Guilty ____ 11/24/2

How do you find defendant HUAWEI DEVICE USA INC. as to Count Three?

Guilty ✓ Not Guilty ____ 11/24/26

How do you find defendant FUTUREWEI TECHNOLOGIES, INC. as to Count Three?

Guilty ✓ Not Guilty ____ 11/24/26

<u>COUNT FOUR</u>
(Conspiracy to Commit Bank Fraud)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Four?

Guilty ✓ Not Guilty ____ 11/24/26

COUNT FIVE
(Conspiracy to Commit Wire Fraud)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Five?

Guilty ✓ Not Guilty ________ 11/24/26

COUNT SIX
(Bank Fraud)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Six?

Guilty ✓ Not Guilty ________ 11/24/26

COUNT SEVEN
(Wire Fraud)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Seven?

Guilty ✓ Not Guilty ________ 11/24/26

COUNT EIGHT
(Conspiracy to Defraud the United States)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Eight?

Guilty ✓ Not Guilty ________ 11/24/26

COUNT NINE
(Conspiracy to Violate IEEPA – Banking and Other Financial Services from the United States)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Nine?

Guilty ✓ Not Guilty ________ 11/24/26

COUNT TEN
(IEEPA Violations – Banking and Other Financial Services from the United States)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Ten?

Guilty ✓ Not Guilty ________ 11/24/26

<u>COUNT ELEVEN</u>
(Money Laundering Conspiracy)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Eleven?

Guilty ✓ Not Guilty ________

11/24/26

<u>COUNT TWELVE</u>
(Conspiracy to Obstruct Justice)

How do you find defendant HUAWEI TECHNOLOGIES CO., LTD. as to Count Twelve?

Guilty ________ Not Guilty ✓

11/24/26

How do you find defendant HUAWEI DEVICE USA INC. as to Count Twelve?

Guilty ________ Not Guilty ✓

11/24/26